# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 18, 2007

132653

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

BENJAMIN HAYNES COLLINS,
      Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 132653
COA: 263020
Mason CC: 04-191405-FH

On order of the Court, the application for leave to appeal the November 14, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CAVANAGH, J., would grant leave to appeal.

KELLY, J., dissents and states as follows:

I believe that one question presented in this appeal should be reviewed by this Court. It appears that a juror withheld information that she should have revealed during voir dire. As a consequence, defendant may have been denied a fair and impartial jury. I would grant leave to appeal to determine whether defendant should have been granted a new trial.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 18, 2007

_____
Clerk

p0515